NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

CAMERON ANDREW MOWATT, *Petitioner*.

No. 1 CA-CR 18-0733 PRPC
FILED 5-30-2019

Petition for Review from the Superior Court in Maricopa County
No. CR2017-133859-001
The Honorable Annielaurie Van Wie, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Cameron Andrew Mowatt, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge David D. Weinzweig delivered the decision of the Court, in which Judge Kent E. Cattani and Judge James P. Beene joined.

**W E I N Z W E I G**, Judge:

**¶1**   Cameron Mowatt petitions for review from the dismissal of his petition for post-conviction relief. We have considered the petition for review and, for the reasons stated, grant review and deny relief.

**¶2**   Mowatt pled guilty to aggravated driving while under the influence of intoxicating liquor or drugs. He was sentenced to 4.5 years imprisonment with 141 days of presentence credit. He filed a notice of request for post-conviction relief that was defective in two respects; first, he filed it over five months after the 90-day deadline, Ariz. R. Crim. P. 32.4(a)(2)(C); and second, his wife signed the notice without authorization to practice law under Arizona Rule of the Supreme Court 31(a)(2)(A)(1), (4). Notwithstanding the defects, however, the superior court considered and rejected Mowatt's arguments for post-conviction relief. It also found Mowatt's wife violated the Arizona Rules of the Supreme Court by signing the petition.

**¶3**   Mowatt has the burden to show the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011). Absent an abuse of discretion, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).

**¶4**   We find no abuse of discretion. Mowatt argues the superior court denied him "access to the court" when it found that Ms. Mowatt signed the notice in violation of the Arizona Rules of the Supreme Court. But the superior court considered and rejected the merits of Mowatt's claims for post-conviction relief, despite the signature and timeliness issues. He was not denied access to the court. *Wolff v. McDonnell*, 418 U.S. 539, 579 (1974) (access to the courts ensures "the opportunity to present to the judiciary allegations concerning violations of fundamental constitutional rights").

**¶5**   We grant review, but deny relief.

